IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES DOCKERY 3rd | FILED | CIVIL ACTION |
| v. | SEP 14 2015 | |
| FRANK GREEN, et al. | MICHAEL E. KUNZ, Clerk<br>By_____Dep. Clerk | NO. 14-5924 |

**ORDER**

GERALD A. McHUGH, J.,

AND NOW, this 14th day of September, 2015, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The petition for a writ of habeas corpus is DENIED;

3. There is <u>no</u> basis for the issuance of a certificate of appealability.

BY THE COURT:

_____
GERALD A. McHUGH, J.

**ENTERED**

SEP 14 2015

**CLERK OF COURT**